# 11TH COURT OF APPEALS

## EASTLAND, TEXAS

## JUDGMENT

In re Jesus Manuel Navarrette,

No. 11-13-00006-CV

\* Original Mandamus Proceeding

\* January 31, 2013

\* Per Curiam Memorandum Opinion
(Panel consists of: Wright, C.J.,
McCall, J., and Willson, J.)

This court has inspected the record in this cause and concludes that the petition for writ of mandamus should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the petition is dismissed.